UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 17 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| TRAVON D. LAWRENCE, | ) 4:16CR362 RLW/NCC |
| Defendant. | ) |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about July 19, 2016, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**TRAVON D. LAWRENCE,**

knowingly caused a communication to be delivered by the Postal Service according to the directions thereon, addressed to Steven Taylor at 2924 Willow Creek Estate, Florissant, MO 63034, and containing a threat to injure Steven Taylor; in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JEANNETTE S. GRAVISS, #44483MO
Assistant United States Attorney